# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD MENDY, et. al.<br>Plaintiffs,<br><br>v.<br><br>ASSET LENDING AND LOANS, LLC, et al.,<br>Defendants. | CV 18-3588 DSF (SSx)<br><br>JUDGMENT |

The Court having GRANTED Defendant Accolend LLC's Motion to Quash Service and Dismiss Complaint or Transfer Venue to New Jersey as to lack of personal jurisdiction,

IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, and that the action be dismissed without prejudice to filing suit in a different jurisdiction, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: October 15, 2018

_____
Dale S. Fischer
United States District Judge